NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50461 |
| Plaintiff - Appellee, | D.C. No. 3:14-cr-01019-JLS |
| v. | |
| MARISCAL SANTOS ZAMORANO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted August 25, 2015**

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Mariscal Santos Zamorano appeals from the district court's judgment and

challenges his guilty-plea conviction and 27-month sentence for being a removed

alien found in the United States, in violation of 8 U.S.C. § 1326.  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Zamorano's counsel has filed a brief

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Zamorano the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Zamorano waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**